**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN - 1 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA LETICIA TEJEDA (5),<br><br>Defendant. | CASE NO. 00CR1902 JM<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_\_\_\_ of the offense(s) as charged in the Indictment/Information:

_____

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 30, 2012

_____
Jeffrey T. Miller
U.S. District Judge